# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DEWEY STEVEN TERRY, III,          )   NO. CV 11-9833-SVW (MAN)
                                  )
            Petitioner,           )
                                  )
      v.                          )   JUDGMENT
                                  )
MICHAEL MARTEL,                   )
                                  )
            Respondent.           )
_____)

    Pursuant to the Court's Order: Dismissing Petition With Prejudice; and Denying Certificate of Appealability,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: <u>January 16, 2013</u>.

_____
       STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE